IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTSMAN'S GUIDE, LLC<br><br>Petitioner,<br><br>v.<br><br>UNITED FORCES ENTERPRISES<br><br>Respondent. | CIVIL NO. 1:24-cv-00331-HG-RT |

**ORDER GRANTING PETITIONER SPORTSMAN'S GUIDE, LLC'S MOTION TO CONFIRM ARBITRATION AWARD (ECF NO. 1); EXHIBIT A**

Petitioner SPORTSMAN'S GUIDE, LLC filed its Motion to Confirm Arbitration Award on August 7, 2024. (ECF No. 1). Respondent UNITED FORCES ENTERPRISES, after being duly served with the Motion to Confirm, did not file any response or opposition to the Motion.

This Court, having considered the Motion to Confirm, declaration of counsel, exhibits, the record in this case, and hearing no response or opposition to the Motion by Respondent United Forces Enterprises, and for good cause appearing therefore:

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED as follows:

1. The Final Award of Arbitrator Francis J. Burke, Jr. dated December 12, 2023, a true and correct copy of which is attached hereto as Exhibit A, awarding Petitioner Sportsman's Guide, LLC the following against Respondent United Forces Enterprises, is hereby CONFIRMED:

    a. Damages in the total amount of $7,396,703.25.

    b. Reimbursement of fees and expenses of the Arbitrator advanced by Sportsman's Guide, LLC in the amount of $38,492.15.

2. Judgment shall enter in favor of Petitioner Sportsman's Guide, LLC and against Respondent United Forces Enterprises on the Final Award in the amount of $7,435,195.40, together with:

    a. Post-award, prejudgment interest from December 12, 2023 to August 6, 2024 of $484,815.48, plus

    b. Prejudgment interest of $2,037.03 per day from August 7, 2024 until the entry of judgment, and

    c. Post-judgment interest at the rate fixed by 28 U.S.C. § 1961 at the time of entry of judgment.

3. Petitioner Sportsman's Guide, LLC's request for attorneys' fees and costs in this proceeding is DENIED.  YF Franchise LLC v. Jun Kil An, Civ. No. 14–00496 HG–KSC, 2015 WL 877723, at *4 (D. Haw. Feb. 27, 2015) (attorneys' fees are not available when a party seeks confirmation of an

2

arbitration award in federal court pursuant to the Federal Arbitration Act (citing <u>Menke v. Monchecourt</u>, 17 F.3d 1007, 1009 (7th Cir. 1994) ("[T]here is nothing in the Federal Arbitration Act which provides attorneys' fees to a party who is successful in seeking confirmation of an arbitration award in the federal courts.").

Final Judgment shall be entered in favor of Petitioner Sportsman's Guide, LLC and against Respondent United Forces Enterprises as set forth above. There are no remaining parties, claims, or issues.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, May 28, 2025.

Helen Gillmor
United States District Judge

<u>Sportsman's Guide, LLC v. United Forces Enterprises</u>; Civil No. 1:24-cv-00331-HG-RT; United States District Court for the District of Hawaii; ORDER GRANTING PETITIONER SPORTSMAN'S GUIDE, LLC'S MOTION TO CONFIRM ARBITRATION AWARD FILED ON AUGUST 7, 2024; EXHIBIT A